

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2022

No. 04-21-00549-CR

Monica Jamie **LARA,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 631019
Honorable Melissa Vara, Judge Presiding

# O R D E R

Appellant's second motion for extension of time is GRANTED. Appellant's brief is due April 20, 2022. No further extensions will be granted absent extenuating circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court